**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,

Respondent

v.

ANDREW MARK KAWECKI,

Petitioner

: No. 112 WAL 2023
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.